IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:19-cr-00237 |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S UNRESISTED MOTION |
| JEFFREY SCOTT DWOREK, | ) | TO CONTINUE SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |

COMES NOW, the defendant, Jeffrey Scott Dworek, through counsel, and moves to continue the sentencing hearing currently scheduled for November 10, 2020. In support of this motion, counsel states:

1. Jeffrey Dworek pled guilty to Mail Fraud, in violation of 18 U.S.C. § 1341, pursuant to a written plea agreement that calls for dismissal of the remaining counts at sentencing, and for restitution to be imposed in an amount to be determined by the Court.

2. This is a complex financial case, and the parties have worked diligently to resolve the complex legal questions surrounding loss and restitution that are involved in this case. A recent question has arisen regarding the correct restitution amount in the case, and the parties would like more time to investigate the issue and work toward a resolution, in order to avoid having to litigate the matter at the time of sentencing. In addition, Mr. Dworek is employed with Elite Line Services in another state, where he works as a control systems lead, which means he is heavily involved in the process of transporting the goods of their major client, Amazon.com, Inc. The COVID-19 pandemic has drastically increased the business of Amazon, and Mr. Dworek is extremely busy with his job facilitating those operations, which requires

mandatory overtime at the moment. Business will only continue to increase going into the holidays, and Mr. Dworek would like to maintain his employment during this busy period, so he might be able to accrue additional funds before he is sentenced, and so he does not lose his job due to the needs of the employer during the busiest time of year. Additional time before sentencing will also allow the United States Probation Office to obtain all the financial materials from Mr. Dworek that they need to assess a future restitution payment plan.

3. Given all these circumstances, the parties believe a continuance to a new date in early January of 2021 should be sufficient time to resolve the remaining financial and restitution questions in the case, will allow Mr. Dworek to continue providing a needed service to his employer, will diminish the risk of Mr. Dworek losing his job at this time, and for all important records and materials to be in the hands of the parties and the Probation Office before sentencing commences.

4. Counsel for the government, Assistant United States Attorney Rachel Scherle, indicates that the government does not resist this motion.

5. No prejudice will result to any party if this continuance of the sentencing hearing is granted. The interests of judicial economy and efficient utilization of time and resources during the pandemic will also be served by granting the continuance, by allowing the parties to continue working to resolve the restitution question, and by allowing the Court to prioritize the proceedings for defendants that have been detained for long periods of time due to the COVID-19 pandemic.

6. Mr. Dworek is on pretrial release, and is gainfully employed and in compliance with his conditions of release.

WHEREFORE, defendant Jeffrey Scott Dworek asks that the Court grant this motion, and continue the sentencing hearing to a new date in early January or later, that can be accommodated by the Court's hearing schedule.

Respectfully submitted,

 */s/ Joseph Herrold*
Joseph Herrold, Assistant Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

 */s/ Theresa McClure*